**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICKY NOLAN, | ) | 3:14-CV-0445-MMD (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 2, 2015 |
| CADE HERRING, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants motion for extension of early mediation conference (#19) is **GRANTED**. The early inmate mediation conference set for March 10, 2015 at 9:00 a.m. is hereby **VACATED**. The Courtroom Deputy, Lisa Mann, will reschedule the conference on a date and time available to the court and parties.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
         Deputy Clerk