# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKY NOLAN, | ) | 3:14-CV-0445-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 16, 2015 |
| CADE HERRING, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's request for the court to make discovery (#57) is **DENIED**. Pursuant to the Local Rule of Civil Practice 26-8, interrogatories, responses, and proofs of service shall not be filed with the Clerk of Court unless ordered.

   **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                               By:         /s/
                                                            Deputy Clerk