UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKY NOLAN, | ) | 3:14-cv-00445-MMD-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 19, 2016 |
| | ) | |
| CADE HERRING, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to compel and extend time to complete discovery (ECF Nos. 79, 80, 82)[1], defendants' response (ECF No. 81), and plaintiff's reply (ECF No. 90).

Plaintiff's motion to compel (ECF No. 79) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

BY:   /s/
Deputy Clerk

---

[1] ECF Nos. 79 and 80 are identical documents, and they will be referred to collectively as ECF No. 79.